# Third District Court of Appeal
## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-758
Lower Tribunal No. 07-31623
_____

**Richard Goldblatt and Valerie Goldblatt,**
Appellants,

vs.

**The Raymond and Selma Weisbein Irrevocable Trust,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Houlihan & Partners P.A., and Gerald J. Houlihan, for appellants.

Sanchez Fischer Levine, LLP, and Alexander Fischer and Chad S. Purdie, for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.